Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** RoundPoint Mortgage Servicing Corporation

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 9 1

**Property address:**
22922 46TH AVE E
Number    Street

_____

SPANAWAY, Washington  98387
City            State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/____/____
MM / DD / YYYY

| Debtor 1 | Craig Allen Doolittle, Jr. | Case number (*if known*) 16-40956-BDL |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Scott D. Crawford
Signature

Date 04 / 22 / 2021

Print: Scott D. Crawford, Esq.
First Name   Middle Name   Last Name

Title: Managing Attorney

Company: ZBS Law, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 11335 NE 122nd, Suite 105
Number   Street

Kirkland, WA 98034
City   State   ZIP Code

Contact phone ( 206 ) 209 – 0375

Email: bankruptcy@zbslaw.com

# CERTIFICATE OF SERVICE

I, Katherine Kellams, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **April 22, 2021**, I served the within **Response to Notice of Final Cure Payment** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

**Craig Allen Doolittle, Jr.**
**Alexandra Louise Doolittle**
**PO Box 4594**
**Spanaway, WA 98387-4039**

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Darcel A Lobo, Attorney | darcel@dallawfirm.com |
| Michael G. Malaier, Trustee | ecfcomputer@chapter13tacoma.org |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **April 22, 2021,** at Irvine, California.

/s/ Katherine Kellams
**Katherine Kellams**

1